IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY OWENS**
**ADC #183260**  **PLAINTIFF**

v.  Case No. 4:23-cv-00910-KGB

**BRANDON LONG, Sheriff**
**Stone County Sheriff's Office;** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe. J. Volpe (Dkt. No. 4). Plaintiff Corey Owens has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation, should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Owens's complaint for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 27th day of January, 2026.

Kristine G. Baker
Chief United States District Judge